UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CHRISTINA YOUNG and LINDSAY GUARINO, :
                Plaintiffs,          :
                                          :
             v.                   :      No.   5:22-cv-1267
                                          :
STATE FARM AUTOMOBILE INSURANCE     :
COMPANY,                                       :
                Defendant.          :

_____

**O R D E R**

**AND NOW**, this 13th day of July, 2022, upon consideration of Defendant's Partial Motion to Dismiss, ECF No. 4, Plaintiffs' response thereto, ECF No. 5, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendant's motion, ECF No. 4, is **GRANTED.**

    2.    Plaintiffs' bad faith claim, Count II, is **DISMISSED without prejudice**.

    3.    Plaintiffs are granted leave to amend their Complaint **within twenty (20) days of the date of this Order**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge